Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

APR 1 0 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

GERALD CAMPBELL # 56752-004
F.C.I. Gilmer
P.O. box 6000
Glenville, West Virginia
(Full name under which you were convicted, prison number, place of confinement, and full mailing address)

Petitioner,

vs.

WARDEN R. BROWN
(Name of Warden or other authorized person where you are incarcerated)

Respondent.

**Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23-cv-99
(to be assigned by Clerk)

Groh, Trumble, Sims

**Important notes to read before completing this form:**

★ Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1. This petition concerns (check the appropriate box):

   ☐ a conviction
   ☑ a sentence
   ☐ jail or prison conditions
   ☐ prison disciplinary proceedings
   ☐ a parole problem
   ☐ other, state briefly: _____

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☑ No

   If you answered yes, list your counsel's name and address:  N/A
   _____

3. List the name and location of the court which imposed your sentence:
   United States District Court, Southren District of Florida, Miami Division

4. List the case number, if known: _____

5. List the nature of the offense for which the sentence was imposed:
   ( ct.1 ), conspiracy to possess with intent to distribute five kilograms or more of cocaine: ( ct.2 ), carrying a firearm in furtherance of a drug trafficking crime: ( ct.3-5 ) felon in possession of a firearm / weapons

6. List the date each sentence was imposed and the terms of the sentence:
   August, 11, 2004 / 420 months career offender sentence
   2005-06          / 324 months career offender sentence

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☑ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☑ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☑ Yes   ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: __Eleventh Circuit Court of Appeals__
    B. Result: __granted__
    C. Date of Result: __2005__
    D. Grounds raised (List each one): __sentencing disparity, reversible error on behalf of the district court / United States v. Booker, ( 2005 )__

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☑ Yes   ☐ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: __United States District Court__

Attachment A

    2. Nature of Proceeding: <u>28 U.S.C. § 2255</u>
    3. Grounds Raised: <u>Johnson v. United States, 135 s.ct. 2551</u>
    4. Did you receive an evidentiary hearing? ☐ Yes ☑ No
    5. Result: <u>denied</u>
    6. Date of Result: <u>2016</u>

B. Second post-conviction proceeding:
    1. Name of Court: _____
    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☑ No Result: _____
    2. Second proceeding: ☐ Yes ☐ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: <u>The Petitioner did not appeal the decision of the court based on the imposition of the career offender sentence</u>

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one: The Petitioner's 248 month career offender sentence is unconstitutionally illegal based on the statutory change of law enacted by the Sentencing Commission to the U.S.S.G. § 4B1.2 (b) commentary notes which removed inchoate offenses from qualifying as a serious drug offense under the career offender guidelines.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place). In 2004, the Petitioner was sentenced to a term of 420 months as a career offender for the charged offenses listed within the charging indictment. The Petitioner was resentenced to a term of 324 months after a successful appeal. In January of 2023, the U.S. Sentencing Commission amended the sentencing guidelines of U.S.S.G. § 4B1.2 (b) commentary

B. Ground two:

Ground one continued
        Supporting facts continued
notes. In doing so the sentencing commission removed conspiracy charged drug offenses from the qualification of being considered as a serious drug offense under the career offender guidelines. Based on the statutory change of law the Petitioner's 324 months career offender sentence is unconstitutionally illegal. The changes to the career offender guidelines also changed the circuit court precedent that allowed courts within the Eleventh Circuit to impose career offender sentences in conspiracy charged drug offense. see, United States v. Weir, ( 11th Cir. 1995 ).
        Based on the amendment to the U.S.S.G. § 4B1.2 (b), the Eleventh Circuit Court of Appeals reversed their previous decision in United States v. Brandon Dupree, No.19-13776 ( 11th Cir. 2023).
    Wherefore, the Petitioner's career offender sentence is unconstitutionally illegal and must be vacated, without the four level enhancement under the career offender guidelines the Petitioners sentence would have expired.

Attachment A

Supporting facts:

C. Ground three:

Supporting facts:

D. Ground four:

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome: This issue was presented to the Eleventh Circuit Court of Appeals pursuant to 28 U.S.C. 2244 (b)(3) for authorization for a second a successive habeas petition. The Petitioner's request was denied based on the statutory change of law not being retroactive. ( see attached exhibit )

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☐ Yes   ☐ No

   1. If your answer to "A" above was yes, what was the result:

   _____
   _____
   _____
   _____

Attachment A

2. If your answer to "A" above was no, explain:

_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes    ☐ No

1. If your answer to "B" above was yes, what was the result:

_____
_____
_____

2. If your answer to "B" above was no, explain:

_____
_____
_____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

Wherefore, the Petitioner moves this court for an order directing the Respondent to release the Petitioner from the illegal detention whereby the Petitioner's sentence has expired based on the statutory change of law made by the U.S. Sentencing Commission to the sentencing guidelines of career offender statute.

Attachment A

13. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.: due to the statutory change of law that was enacted by the U.S. Sentencing Commission that was not a constitutional change of law or which could be considered as newly discovered evidence under 28 U.S.C. § 2255 (h). The Petitioner is precluded from filing a 2255 within the court of original jurisdiction as noted in the response from the Eleventh Circuit Court of Appeals. As such Section 2255 is inadequate and ineffective to test the legality of the Petitioner's detention. 28 U.S.C. § 2241 is the only means by which the Petitioner may challenge the legality of his sentence.

Signed this __4th__ day of __April__ __2023__
           (day)           (month)        (year)


_Herald Campbell_
Your Signature


_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __4/4th/2023__    _Herald Campbell_
                                     Your Signature